IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANURADHA NAIDU-MCCOWN, )
*et al.*, on behalf of themselves and )
others similarly situated, )
)
        Plaintiffs, )
)
v. )   Civil Action No. 3:23-cv-390–HEH
)
EMERGENCY COVERAGE )
CORPORATION d/b/a TEAMHEALTH, )
)
        Defendant. )

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 72) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on April 18, 2024. The parties represent that they have fully resolved all claims. Therefore, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record. This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 19, 2024
Richmond, VA